UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR21-109-2 RSL |
| Plaintiff, | |
| | ORDER ISSUING BENCH WARRANT |
| v. | |
| SEBASTIEN RAOULT, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 23rd day of June 2021.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES ___X___   NO _____**

ORDER ISSUING BENCH WARRANT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970